**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020
```

---------------------------------X

UNITED STATES OF AMERICA,          :
                                   :
                                   :     **19 CR 643(VM)**
           -against-               :     **ORDER**
                                   :
KALVIN THWAITES, et al.,           :
                                   :
                    Defendants.    :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court previously scheduled a status conference in this matter for October 16, 2020 at 12:00 p.m. With regard to defendants Thwaites and Newland, the conference shall proceed at the scheduled time. In light of the ongoing public health crisis, the status conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          14 October 2020

                                        _____
                                        Victor Marrero
                                        U.S.D.J.