USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :    ORDER
                               :
    - v. -                      :    19 Cr. 643 (VM)
                               :
KALVIN THWAITES,               :
                               :
               Defendant.   :
                               :
- - - - - - - - - - - - - - - - - - X

**VICTOR MARRERO, U.S.D.J.:**

    WHEREAS, with the consent of the defendant, KALVIN THWAITES, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on November 9, 2020; and

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
           16 November 2020

_____
Victor Marrero
   U.S.D.J.