USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :      **19 CR 643 (VM)**
                                     :
          -against-                  :
                                     :           **ORDER**
KALVIN THWAITES,                     :
                                     :
              Defendant.             :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant shall be scheduled for Friday, March 5, 2021 at 12:00 P.M.

**SO ORDERED:**

Dated:   New York, New York
         16 November 2020

_____
Victor Marrero
U.S.D.J.