USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,                :     **19 CR 643 (VM)**
                                             :
       -against-                                :
                                             :          **ORDER**
KALVIN THWAITES,                         :
                                             :
                  Defendant.             :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

      It is hereby ordered that the sentencing of the above-named defendant scheduled for Friday, March 5, 2021 at 12:00 P.M will be rescheduled to Friday, April 16, 2021 at 10:30 A.M.

**SO ORDERED:**

Dated:    New York, New York
            12 February 2021

_____
Victor Marrero
U.S.D.J.