USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,            :    **19 CR 643 (VM)**
                                     :
         -against-                   :
                                     :    <u>ORDER</u>
KALVIN THWAITES,                     :
                                     :
                Defendant.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Friday, April 16, 2021 at 10:30 A.M. will be rescheduled to Friday, April 16, 2021 at 12:00 P.M. The proceeding shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          12 April 2021

_____
Victor Marrero
U.S.D.J.