```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,        :     **19 CR 643 (VM)**
                                 :
        -against-                :
                                 :     **ORDER**
KALVIN THWAITES,                 :
                                 :
              Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Friday, April 23, 2021 at 10:30 A.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         21 April 2021

                                     _____
                                             Victor Marrero
                                                U.S.D.J.